## 46930. MARTIN v. SOUTHERN BELL TELEPHONE & TELEGRAPH COMPANY et al.

QUILLIAN, Judge. Upon grant of certiorari the Supreme Court has reversed our judgment. *Southern Bell Telephone & Telegraph Company v. Martin,* 229 Ga. 881. In compliance with the mandate of the Supreme Court, the original judgment of this court is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Bell, C. J., Hall, P. J., Eberhardt, P. J., Pannell, Deen, Evans, Clark and Stolz, JJ., concur.*
DECIDED FEBRUARY 2, 1973.

*Hansell, Post, Brandon & Dorsey, Jule W. Felton, Jr., Lyman Dillon,* for appellant.

*Kilpatrick, Cody, Rogers, McClatchey & Regenstein, Harry S. Baxter, William W. Cowan, A. Stephen Clay,* for appellees.